# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | | |
|---|---|---|
| NOOTER CORPORATION, | ) | |
| | ) | Jury Trial Requested |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  4:10-cv-744 |
| | ) | |
| ALLIANZ UNDERWRITERS INSURANCE | ) | |
| COMPANY, APPALACHIAN INSURANCE | ) | |
| COMPANY, CONTINENTAL CASUALTY | ) | |
| COMPANY, CERTAIN UNDERWRITERS AT | ) | |
| LLOYDS, LONDON AND LONDON MARKET | ) | |
| INSURANCE COMPANIES, EVANSTON | ) | |
| INSURANCE COMPANY, MUNICH | ) | |
| REINSURANCE AMERICA, INC. as | ) | |
| successor-in-interest to AMERICAN | ) | |
| REINSURANCE COMPANY, NATIONAL | ) | |
| UNION FIRE INSURANCE COMPANY OF | ) | |
| PITTSBURGH, PA, and NORTH STAR | ) | |
| REINSURANCE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446(a), Defendants, Allianz Underwriters Insurance Company ("Allianz"), Munich Reinsurance America, Inc., as successor to American Re-Insurance Company ("Munich"), Evanston Insurance Company ("Evanston"), National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and North Star Reinsurance Corporation ("North Star") (collectedly referred to herein as "Movants") by and through their respective attorneys, and with the consent of all Defendants, hereby remove to this Court the action captioned as *Nooter Corporation v. Allianz Underwriters Insurance Company, et al*., No. 1022-CC01145, filed in the Circuit Court for the Twenty-Second Circuit, St. Louis City, Missouri.  In support of this Notice of Removal, Movants state as follows:

## BACKGROUND

1.      On or about March 10, 2010, Plaintiff, Nooter Corporation ("Nooter"), commenced this action by filing its Petition against Movants, as well as other defendants in the Circuit Court for the Twenty-Second Circuit in the City of St. Louis, Missouri, Case No. 1022-CC01145.  (A copy of the Nooter Petition is attached hereto at Exhibit A.)

2.      The Petition seeks declaratory judgment and alleges breach of contract and other causes of action against Defendant insurers with respect to insurance policies allegedly issued to Nooter.

3.      Pursuant to the requirements of 28 U.S.C. § 1446(a) and Local Rule 81-2.03, all other process, pleadings, orders and other documents on file in this matter in the State Court are attached hereto as Group Exhibit B.  No other pleadings, process or orders have been served upon Movants or on file in this matter in the State Court as of this date.

## DIVERSITY JURISDICTION EXISTS PURSUANT TO SECTION 1332

4.      This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1).

5.      There is complete diversity of citizenship between the parties, as stated below.

6.      Plaintiff, Nooter, is a Missouri corporation with its principal place of business located in Missouri.  (See Petition at ¶ 3.)

7.      Defendant, Allianz, is a California corporation, with its principal place of business located in Burbank, California.

8.      Defendant, Appalachian Insurance Company, is a Rhode Island corporation with its principal place of business located in Johnston, Rhode Island.

9.      Defendant, Continental Casualty Company, is an Illinois corporation with its principal place of business located in Chicago, Illinois.

10.     On information and belief, Defendants, Certain Underwriters at Lloyds, London, is comprised of syndicates organized under the laws of the United Kingdom with their principal place of business in London, England.

11.     On information and belief, Defendants, London Market Insurance Companies, are corporations organized under the laws of the United Kingdom with their principal place of business in London, England.

12.     Defendant, Evanston Insurance Company, is an Illinois corporation with its principal place of business located in Deerfield, Illinois.

13.     Defendant, Munich Reinsurance America, Inc. as successor to American Re-Insurance Company, is a Delaware corporation with its principal place of business located in Princeton, New Jersey.

14.     Defendant, National Union Fire Insurance Company of Pittsburgh, Pa., is a Pennsylvania corporation with its principal place of business located in New York, New York.

15.     Defendant, North Star Reinsurance Corporation, is a Delaware corporation with its principal place of business located in Stamford, Connecticut.

16.     The amount in controversy in this action exceeds the sum or value of $75,000, exclusive of interests and costs.  (See Petition at ¶ 39 alleging that Nooter has expended in excess of $9 million with respect to underlying asbestos claims.)

17.     The amount in controversy requirement is further satisfied because the lowest limit of liability on any policy alleged to provide insurance to Nooter is $100,000.  (See Petition

at Exhibits A and B, which purport to state the limits for each of the policies alleged to be at issue).

18.     Defendants were served via the Missouri Department of Insurance, Financial Institutions & Professional Registration ("Missouri Department of Insurance") with a copy of the Petition on March 31, 2010.  (See Exhibit B.)

19.     Allianz physically received the Summons and Petition for the Nooter suit from the Missouri Department of Insurance on April 7, 2010.

20.     Munich physically received the Summons and Petition for the Nooter suit from the Missouri Department of Insurance on April 5, 2010.

21.     Evanston physically received the Summons and Petition for the Nooter suit from the Missouri Department of Insurance on April 5, 2010.

22.     National Union physically received the Summons and Petition for the Nooter suit from the Missouri Department of Insurance on April 5, 2010.

23.     North Star physically received the Summons and Petition for the Nooter suit from the Missouri Department of Insurance on April 5, 2010.

24.     Continental Casualty Company physically received the Summons and Petition for the Nooter Suit on April 5, 2010.

25.     Accordingly, this Notice of Removal is timely, pursuant to 28 USC § 1446(b), because it is filed within thirty (30) days after service of the Petition.

26.     In addition to the Movants joining in this Notice of Removal (see Group Exhibit C), the remaining Defendants have all consented to this removal and will file a separate Consent to Removal.

4

27.     Pursuant to 28 U.S.C. § 1446(d), Movants will file a copy of this Notice of Removal on this date with the Clerk of the Circuit Court for the Twenty-Second Circuit, St. Louis City, Missouri and serving a copy on counsel for Nooter and all counsel of record.

28.     Because there is complete diversity of citizenship between Nooter and all of the Defendants, and the amount in controversy exceeds $75,000 exclusive of interest and costs, federal jurisdiction exists under 28 U.S.C. § 1332(a)(1).

WHEREFORE, Defendants, Allianz Underwriters Insurance Company, Munich Reinsurance America, Inc., as successor to American Re-Insurance Company, Evanston Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa. and North Star Reinsurance Corporation, hereby remove this action from the Circuit Court for the Twenty-Second Circuit, St. Louis City, Missouri, to the United States District Court for the Eastern District of Missouri.

Date:   April 28, 2010

ALLIANZ UNDERWRITERS INSURANCE COMPANY

HEPLERBROOM LLC

By:*/s/ Michael L. Young*

Theodore J. MacDonald, Jr.          #3722
    e-mail:  tjm@heplerbroom.com
Michael L. Young                    #500947
    e-mail:  mly@heplerbroom.com
Jessica L. Hawkins                  #5200666
    e-mail:  jlh@heplerbroom.com
800 Market Street, Suite 2300
St. Louis, Missouri 63101-2506
314-241-6160 telephone
618-656-0184 telephone
314-241-6116 facsimile

KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC

Roderick T. Dunne (*PHV Pending*)
Alan M. Posner (*PHV Pending*)
Linda J. Carwile (*PHV Pending*)
200 South Michigan Avenue, 20th Floor

5

Chicago, IL 60604
Tel:  (312) 431-3700
Fax:  (312) 431-3670

Date: April 28, 2010                    MUNICH REINSURANCE AMERICA, INC.,
                                        as successor to American Re-Insurance
                                        Company
                                        By:*/s/ James C. Owen (with consent)*
                                            James C. Owen                    #4105
                                            MCCARTHY, LEONARD, KAEMMERER,
                                            OWEN, MCGOVERN & STRILER, LC
                                            400 South Woods Mill Road, Suite 250
                                            Chesterfield, MO 63017
                                            Tel:  (314) 392-5200
                                            Fax:  (314) 392-5221
                                            jowen@mlklaw.com

                                            Maryann C. Hayes (*PHV Pending*)
                                            BATES & CAREY LLP
                                            191 North Wacker Drive, Suite 2400
                                            Chicago, IL 60606
                                            Tel:  (312) 762-3100
                                            Fax:  (312) 762-3200

Date: April 28, 2010                    EVANSTON INSURANCE COMPANY
                                        By:*/s/ Georgiann Oliver (with consent)*
                                            Georgiann Oliver              #31398
                                            Eric C. Young                 #30777
                                            DONOVAN, ROSE, NESTER & JOLEY, P.C.
                                            8 East Washington Street
                                            Belleville, IL 62220
                                            Tel:  (618) 235-2020
                                            Fax:  (618) 235-9632
                                            goliver@ilmoattorneys.com
                                            eyoung@ilmoattorneys.com

                                            Adam Krauss (*PHV Pending*)
                                            TRAUB LIEBERMAN STRAUS &
                                            SHREWSBERRY LLP
                                            Mid-Westchester Executive Park
                                            7 Skyline Drive
                                            Hawthorne, NY 10532
                                            Tel:  (914) 347-2600
                                            Fax:  (914) 347-8898

Date: April 28, 2010

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, Pa.
By:*/s/ Lori R. Koch*

 Lori R. Koch   #3584
 GOFFSTEIN, RASKAS, POMERANTZ, KRAUS
 & SHERMAN, LLC
 7701 Clayton Road
 St. Louis, MO 63117
 Tel:  (314) 721-7171
 Fax:  (314) 721-7765
 lkoch@grlawstl.com

Date: April 28, 2010

NORTH STAR REINSURANCE
CORPORATION
By:*/s/ Robyn Griefzu Fox (with consent)*

 Robyn Griefzu Fox  #3132
 MOSER & MARSALEK, P.C.
 200 North Broadway, Suite 700
 St. Louis, MO 63102-5640
 Tel:  (314) 421-5364
 Fax:  (314) 421-5640
 rfox@moser.com

 Michael J. Balch (*PHV Pending*)
 SKADDEN, ARPS, SLATE, MEAGHER & FLOM
 Four Times Square
 New York, NY 10036
 Tel:  (212) 735-2208
 Fax:  (917) 777-2208

## PROOF OF SERVICE

I hereby certify that I electronically filed on this 28th day of April, 2010, the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that on April 28, 2010 I mailed, by United States Postal Service, a copy of this document to:

**ATTORNEYS FOR PLAINTIFF**

- Richard Wunderlich; Lewis Rice & Fingersh LC, 600 Washington Avenue, #2300, St. Louis, MO, 63101
- David Elkind; Dickstein Shapiro LLP, 1825 Eye Street NW, Washington DC, 20006-5403

**CO-COUNSEL FOR ALLIANZ UNDERWRITERS INSURANCE COMPANY**

- Roderick Dunn, Alan Posner, Linda Carwile; Karbal Cohen Economou Silk & Dunne LLC, 200 S. Michigan Ave., 20th Floor, Chicago, IL, 60604

**ATTORNEYS FOR APPALACHIAN INSURANCE**
- Seth B. Goldberg; Ford Marrin Esposito Witmeyer & Gleser, LLP, Wall St. Plaza, New York, NY 10005-1875
- Susan M. Schwartzkopf; Wuestling & James, LC, 720 Olive St. #2020, St. Louis, MO, 63101

**ATTORNEYS FOR CERTAIN UNDERWRITERS AT LLOYD'S LONDON AND LONDON MARKET INSURANCE COMPANIES**
- Laura McKay; Hinkhouse Williams Walsh LLP, 180 N. Stetson St., #Suite 3400, Chicago, IL, 60601

**ATTORNEYS FOR CONTINENTAL CASUALTY COMPANY**
- Eileen Bower, Meredith Baron; Troutman Sanders LLP, 55 W. Monroe St., #3000, Chicago, IL, 60603
- Alan Goldstein; Goldstein and Price LC, #1 Memorial Dr., #1000, St. Louis, MO, 63102

**ATTORNEYS FOR EVANSTON INSURANCE COMPANY**
- Georgiann Oliver and Eric Young; Donovan Rose Nester & Joley, PC, 8 E. Washington St., Belleville, IL, 62220
- Adam Krauss; Traub Lieberman Straus & Shrewsberry LLP, 7 Skyline Dr., Hawthorne, NY, 10532

**ATTORNEYS FOR MUNICH REINSURANCE AMERICA, INC.**
- James Owen; McCarthy, Leonard & Kaemmerer, LC, 400 S Woods Mill Rd., #250, Chesterfield, MO, 63017
- Maryann Hayes; Bates & Carey LLP, 191 N. Wacker, #2400, Chicago, IL, 60606

**ATTORNEYS FOR NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**
- Lori Koch; Goffstein Raskas Pomerantz Kraus & Sherman LLC, 7701 Clayton Rd., St. Louis, MO 63117
- Donald Uttrich, Ngoc Lam; Jackson & Campbell PC, 1120 20th St., NW, South Tower, #300, Washington, DC 20036

**ATTORNEYS FOR NORTH STAR REINSURANCE CORPORATION**
- Robyn Greifzu Fox; Moser & Marsalek PC, 200 N. Broadway, #700, St. Louis, MO, 63102
- Michael Balch; Skadden Arps Slate Meagher & Flom, 4 Time Square, New York, NY, 10036

HEPLERBROOM LLC

By:/s/ Michael L. Young

    Theodore J. MacDonald, Jr.     #3722
       e-mail:  tjm@heplerbroom.com
    Michael L. Young #500947
     e-mail:  mly@heplerbroom.com
    Jessica L. Hawkins    #5200666
       e-mail:  jlh@heplerbroom.com
    800 Market Street, Suite 2300
    St. Louis, Missouri 63101-2506
    314-241-6160 telephone
    618-656-0184 telephone
    314-241-6116 facsimile
ATTORNEYS FOR DEFENDANT ALLIANZ
UNDERWRITERS INSURANCE COMPANY