# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

**ENTERED**

APR 16 2010

**BAH**

**RECEIVED**

MAR 25 2010

COLE COUNTY
SHERIFF'S OFFICE

(Date File Stamp)

| | |
|---|---|
| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
| Plaintiff/Petitioner:<br>NOOTER CORPORATION<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | |

## Summons in Civil Case

The State of Missouri to: **ALLIANZ UNDERWRITERS INSURANCE COMPANY**
Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

*10-SMCC-2089*

COLE COUNTY

*COURT SEAL OF*



*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( ____ miles @ $ ._____ per mile) |
| Total | $_____ |

*078753*
*30.⁰⁰*

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**EXHIBIT B**

## RETURN OF SERVICE
## SHERIFF OF COLE COUNTY

To _ALLIANZ UNDERWRITERS INSURANCE COMPANY_

You will take notice that original process in the suit against you, a copy of which is attached hereto, was duly served upon you by serving the same on John Huff, Director, Department of Insurance, _____ K. LANDERS _____, Designee at 301 West High St., Jefferson City, Missouri 65101.

Dated at Cole County, Missouri, this _31ST_ day of _MARCH_ , 2010 @ _1010_ .

Sheriff's Fee $ _30.00 PD_

Greg White,
Sheriff of Cole County

_John P. Jenkins_
By Deputy



**ENTERED**
APR 1 6 2010
BAH

# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID L DOWD | **Case Number:** 1022-CC01145 |
| Plaintiff/Petitioner:<br> NOOTER CORPORATION<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br> ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | |

**RECEIVED**
MAR 2 5 2010
COLE COUNTY
SHERIFF'S OFFICE
(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: **APPALACHIAN INSURANCE COMPANY**
Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

*10-SMCC-2090*

COLE COUNTY

*COURT SEAL OF*



*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( ____ miles @ $. ____ per mile) |
| Total | $_____ |

*078753*
*30.*

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document Id # 10-SMCC-2090**                    1 of 1                    Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# RETURN OF SERVICE
# SHERIFF OF COLE COUNTY

To _APPALACHIAN INSURANCE COMPANY_

You will take notice that original process in the suit against you, a copy of which is attached hereto, was duly served upon you by serving the same on John Huff, Director, Department of Insurance, _____K. LANDERS_____, Designee at 301 West High St., Jefferson City, Missouri 65101.

Dated at Cole County, Missouri, this ____31ST____ day of

____MARCH____, 2010 @ ____1010____.

Sheriff's Fee $ ____30.00 (PW)____

Greg White,
Sheriff of Cole County

_John P. Dinkins_
By Deputy

Case: 4:10-cv-00744-TIA    Doc. #: 1-3    Filed: 04/28/10    Page: 5 of 38 PageID #: 38



ENTERED
APR 16 2010
BAH

RECEIVED
MAR 25 2010
COLE COUNTY
SHERIFF'S OFFICE

# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
|---|---|
| Plaintiff/Petitioner:<br>NOOTER CORPORATION | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO 63101 |
| vs. | |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: CONTINENTAL CASUALTY COMPANY
Alias:

C/O DIRECTORS OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

*10-SMae-2091*

COLE COUNTY



COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____ | _____
Printed Name of Sheriff or Server | Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____

Date | Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( ____miles @ $ ._____per mile) |
| Total | $_____ |

*078753*
*30.∞*

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* Document Id # 10-SMCC-2091    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# RETURN OF SERVICE
## SHERIFF OF COLE COUNTY

To *CONTINENTAL CASUALTY COMPANY*

You will take notice that original process in the suit against you, a copy of which is attached hereto, was duly served upon you by serving the same on John Huff, Director, Department of Insurance, *K. LANDERS*, Designee at 301 West High St., Jefferson City, Missouri 65101.

Dated at Cole County, Missouri, this *31ST* day of *MARCH*, 2010 @ *1010*.

Sheriff's Fee $ *30.00* *PD*

Greg White,
Sheriff of Cole County

_____
By Deputy

Case: 4:10-cv-00744-TIA    Doc. #: 1-3    Filed: 04/28/10    Page: 7 of 38 PageID #: 40



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

**ENTERED**
APR 1 6 2010
**BAH**

**RECEIVED**
MAR 2 5 2010
COLE COUNTY
SHERIFF'S OFFICE
(Date File Stamp)

| | | |
|---|---|---|
| Judge or Division:<br>DAVID L DOWD | | Case Number: 1022-CC01145 |
| Plaintiff/Petitioner:<br>NOOTER CORPORATION | | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO 63101 |
| | vs. | |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | | |

## Summons in Civil Case

The State of Missouri to: **CERTAIN UND AT LLOYDS LON AND LON MARKET INSURANCE COMPANIES**
Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

*10-SMCL-2092*

**COLE COUNTY**



*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**March 16, 2010**
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
Date          Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ . _____ per mile) |
| Total | $_____ |

*678753*
*30.*

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document Id # 10-SMCC-2092**          1 of 1          Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# RETURN OF SERVICE
## SHERIFF OF COLE COUNTY

To _CERTAIN UND AT LLOYDS LON AND LON MARKET INSURANCE COMPANIES_

You will take notice that original process in the suit against you, a copy of which is attached hereto, was duly served upon you by serving the same on John Huff, Director, Department of Insurance, _____K. LANDERS_____, Designee at 301 West High St., Jefferson City, Missouri 65101.

Dated at Cole County, Missouri, this __31ST__ day of

__MARCH__, 2010 @ __1010__.

Sheriff's Fee $ __30.00 PW__

Greg White,
Sheriff of Cole County

_____John P. M. Jenkins_____
By Deputy

# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
| Plaintiff/Petitioner:<br>NOOTER CORPORATION<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | |

**ENTERED**
APR 16 2010
**BAH**
**RECEIVED**
MAR 25 2010
COLE COUNTY
SHERIFF'S OFFICE
(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: EVANSTON INSURANCE COMPANY
Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

*10-SMCC-2093*

**COLE COUNTY**

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____ Printed Name of Sheriff or Server

_____ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ ._____ per mile) |
| Total | $_____ |

078753
30.00

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document Id # 10-SMCC-2093**          1 of 1          Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# RETURN OF SERVICE
## SHERIFF OF COLE COUNTY

To _EVANSTON INSURANCE COMPANY_

You will take notice that original process in the suit against you, a copy of which is attached hereto, was duly served upon you by serving the same on John Huff, Director, Department of Insurance, _K. LANDERS_ , Designee at 301 West High St., Jefferson City, Missouri 65101.

Dated at Cole County, Missouri, this _31ST_ day of

_MARCH_ , 2010 @ _1010_ .

Sheriff's Fee $ _30.00 PW_

Greg White,
Sheriff of Cole County

_____
By Deputy

Case: 4:10-cv-00744-TIA   Doc. # 1-3   Filed: 04/28/10   Page: 11 of 38 PageID #: 44



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

**ENTERED**

| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 | APR 16 2010<br>**BAH** |
|---|---|---|
| Plaintiff/Petitioner:<br>NOOTER CORPORATION<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO 63101 | **RECEIVED**<br>MAR 25 2010 |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | COLE COUNTY<br>SHERIFF'S OFFICE |
| Nature of Suit:<br>CC Breach of Contract | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **MUNICH REINSURANCE AMERICA INC**
Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

*10SMCC-2094*

**COLE COUNTY**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server     Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____     _____
Date     Notary Public

**Sheriff's Fees, if applicable**

| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( ____ miles @ $ . _____ per mile) |
| Total | $_____ |

078753
30.00

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

## RETURN OF SERVICE
## SHERIFF OF COLE COUNTY

To _MUNICH REINSURANCE AMERICA, INC_

You will take notice that original process in the suit against you, a copy of which is attached hereto, was duly served upon you by serving the same on John Huff, Director, Department of Insurance, _____K. LANDERS_____, Designee at 301 West High St., Jefferson City, Missouri 65101.

Dated at Cole County, Missouri, this _31ST_ day of _MARCH_, 2010 @ _1010_.

Sheriff's Fee $ _30.00 PD_

Greg White,
Sheriff of Cole County

By Deputy

Case: 4:10-cv-00744-TIA    Doc. #: 1-3   Filed: 04/28/10    Page: 13 of 38 PageID #: 46



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
| Plaintiff/Petitioner:<br>NOOTER CORPORATION<br><br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | |

**ENTERED**
APR 1 6 2010
BAH
**RECEIVED**
MAR 2 5 2010
COLE COUNTY
SHERIFF'S OFFICE

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA
                       Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

*10-SMCC-2095*

COLE COUNTY



COURT SEAL OF

CITY OF ST LOUIS

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

## Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
    Printed Name of Sheriff or Server               Signature of Sheriff or Server

      **Must be sworn before a notary public if not served by an authorized officer:**

      Subscribed and sworn to before me on _____ (date).

*(Seal)*

      My commission expires: _____     _____
                             Date                          Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Mileage | $ _____ ( _____ miles @ $ . _____ per mile) |
| Total | $ _____ |

078753
30.⁵⁰

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document Id # 10-SMCC-2095**       1 of 1       Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# RETURN OF SERVICE
## SHERIFF OF COLE COUNTY

To *National Union Fire Insurance Company of Pittsburg, PA*

You will take notice that original process in the suit against you, a copy of which is attached hereto, was duly served upon you by serving the same on John Huff, Director, Department of Insurance, _____*K. Landers*_____, Designee at 301 West High St., Jefferson City, Missouri 65101.

Dated at Cole County, Missouri, this __31ST__ day of

__March__ , 2010 @ __1010__ .

Sheriff's Fee $ __30.00__ *(Pd)*

Greg White,
Sheriff of Cole County

By Deputy

# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI ENTERED

| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 | APR 1 6 2010 |
|---|---|---|
| Plaintiff/Petitioner:<br>NOOTER CORPORATION | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO 63101 | **BAH**<br>RECEIVED |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | MAR 2 5 2010<br>COLE COUNTY<br>SHERIFF'S OFFICE |
| Nature of Suit:<br>CC Breach of Contract | | (Date File Stamp) |

vs.

## Summons in Civil Case

The State of Missouri to: NORTH STAR REINSURANCE COMPANY
Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

*10-SMCC-2096*                    COLE COUNTY

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____           _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
                                          Date                              Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ ( ____ miles @ $.____ per mile) | 078753 |
| Total | $_____ | 30.00 |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document Id # 10-SMCC-2096**     1 of 1     Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# RETURN OF SERVICE
## SHERIFF OF COLE COUNTY

To North Star Reinsurance Company

You will take notice that original process in the suit against you, a copy of which is attached hereto, was duly served upon you by serving the same on John Huff, Director, Department of Insurance, _____ K. Landers _____, Designee at 301 West High St., Jefferson City, Missouri 65101.

Dated at Cole County, Missouri, this 31st day of

March , 2010 @ 1010 .

Sheriff's Fee $ 30.00 PW

Greg White,
Sheriff of Cole County

John P. Perkins

By Deputy



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID L DOWD | Case Number:  1022-CC01145 |
| Plaintiff/Petitioner:<br>NOOTER CORPORATION<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO  63101 |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **ALLIANZ UNDERWRITERS INSURANCE COMPANY**
Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO  65101

COLE COUNTY

*COURT SEAL OF*



*CITY OF ST LOUIS*

     You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____ .

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                    Date                              Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $ _____ | |
| Non Est | $ _____ | |
| Mileage | $ _____ | ( _____ miles @ $ . _____ per mile) |
| Total | $ _____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document Id # 10-SMCC-2089**      1 of 1      Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
|---|---|
| Plaintiff/Petitioner:<br>NOOTER CORPORATION<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO  63101 |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  CONTINENTAL CASUALTY COMPANY
                           Alias:

C/O DIRECTORS OF INSURANCE                    COLE COUNTY
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

*COURT SEAL OF*



*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server            Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____    _____
                        Date                 Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( ____ miles @ $ . _____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only: Document Id # 10-SMCC-2091*    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
| Plaintiff/Petitioner:<br>  NOOTER CORPORATION | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500 |
| vs. | SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>  ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **APPALACHIAN INSURANCE COMPANY**
Alias:

**C/O DIRECTOR OF INSURANCE**
**301 W HIGH STREET ROOM 530**
**JEFFERSON CITY, MO 65101**


COLE COUNTY

**COURT SEAL OF**



**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**March 16, 2010**
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____ _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____ _____
Date          Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $ ._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document Id # 10-SMCC-2090**          Extra          1 of 1          Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
|---|---|
| Plaintiff/Petitioner:<br> NOOTER CORPORATION<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br> ALLIANZ UNDERWRITERS INSURANCE<br> COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:   NORTH STAR REINSURANCE COMPANY
Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

COLE COUNTY

*COURT SEAL OF*



*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____ .

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____ | _____
Printed Name of Sheriff or Server | Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____ | _____
Date | Notary Public

Sheriff's Fees, if applicable
Summons          $_____
Non Est          $_____
Mileage          $_____ ( _____ miles @ $ . _____ per mile)
Total            $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

*Extra*



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
|---|---|
| Plaintiff/Petitioner:<br>NOOTER CORPORATION<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO  63101 |
| Defendant/Respondent:<br> ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract | |

<div align="right">(Date File Stamp)</div>

## Summons in Civil Case

The State of Missouri to:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA
<div align="right">Alias:</div>

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO  65101


COLE COUNTY

**COURT SEAL OF**



**CITY OF ST LOUIS**

    You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**March 16, 2010**
<div align="right">Date</div>

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
<div align="center">Date</div>

_____
Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ . _____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
|---|---|
| Plaintiff/Petitioner:<br>NOOTER CORPORATION | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>**vs.** SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: MUNICH REINSURANCE AMERICA INC

Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101


COLE COUNTY

**COURT SEAL OF**



**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____ .

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server               Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____     _____
　　　　　　　　　　　　　　　Date　　　　　　　　　　　Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (____ miles @ $ .____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Extra



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
|---|---|
| Plaintiff/Petitioner:<br>NOOTER CORPORATION<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **EVANSTON INSURANCE COMPANY**
Alias:

**C/O DIRECTOR OF INSURANCE**
**301 W HIGH STREET ROOM 530**
**JEFFERSON CITY, MO 65101**

COLE COUNTY

*COURT SEAL OF*



*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**March 16, 2010**
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
          Date          Notary Public

**Sheriff's Fees, if applicable**
Summons     $_____
Non Est     $_____
Mileage     $_____ (____ miles @ $ .____ per mile)
Total       $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document Id # 10-SMCC-2093**          1 of 1          Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Extra

Case: 4:10-cv-00744-TIA    Doc. #: 1-3    Filed: 04/28/10    Page: 24 of 38 PageID #: 57



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
|---|---|
| Plaintiff/Petitioner:<br>NOOTER CORPORATION | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent: vs.<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: CERTAIN UND AT LLOYDS LON AND LON MARKET INSURANCE COMPANIES
Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

~~COLE COUNTY~~

**COURT SEAL OF**



**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____ Printed Name of Sheriff or Server _____ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date _____ Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( ____ miles @ $ . ____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* Document Id # 10-SMCC-2092        1 of 1    *Extra*    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
|---|---|
| Plaintiff/Petitioner:<br>NOOTER CORPORATION<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **ALLIANZ UNDERWRITERS INSURANCE COMPANY**
Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

COLE COUNTY



**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                                    Date                                Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ ( ____ miles @ $ .____ per mile) | |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document Id # 10-SMCC-2089**          1 of 1          Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
|---|---|
| Plaintiff/Petitioner:<br> NOOTER CORPORATION<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br> ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** APPALACHIAN INSURANCE COMPANY

**Alias:**

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

COLE COUNTY

*COURT SEAL OF*



*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____ | _____
Printed Name of Sheriff or Server | Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

Date | Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ ._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
| Plaintiff/Petitioner:<br>NOOTER CORPORATION<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: CONTINENTAL CASUALTY COMPANY

Alias:

C/O DIRECTORS OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

COLE COUNTY



**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____ .

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server                 Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____        _____
                                              Date                                        Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ ._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
| Plaintiff/Petitioner:<br>NOOTER CORPORATION | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO 63101 |
| vs. | |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: CERTAIN UND AT LLOYDS LON AND LON MARKET INSURANCE COMPANIES

Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

COLE COUNTY

*COURT SEAL OF*



*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____    _____
                                         Date                                    Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ . _____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* Document Id # 10-SMCC-2092          1 of 1          Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
| Plaintiff/Petitioner:<br>NOOTER CORPORATION | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500 |
| vs. | SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  EVANSTON INSURANCE COMPANY
Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

COLE COUNTY



*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**March 16, 2010**
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                              Date                                              Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( ____ miles @ $ . ____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Case: 4:10-cv-00744-TIA    Doc. #: 1-3    Filed: 04/28/10    Page: 30 of 38 PageID #: 63



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>DAVID L DOWD | Case Number:  1022-CC01145 |
|---|---|
| Plaintiff/Petitioner:<br>NOOTER CORPORATION<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO  63101 |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  MUNICH REINSURANCE AMERICA INC
                      **Alias:**

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO  65101

                                                        **COLE COUNTY**

**COURT SEAL OF**



**CITY OF ST LOUIS**

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

                March 16, 2010
                       Date
                                             Mariano Favazza
                                             Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____      _____
                             Date                             Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( ____ miles @ $ . _____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document Id # 10-SMCC-2094**      1 of 1      Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo




# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
| Plaintiff/Petitioner:<br>NOOTER CORPORATION<br><br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO  63101 |
| Defendant/Respondent:<br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA
Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO  65101

COLE COUNTY



COURT SEAL OF

CITY OF ST LOUIS

     You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server     Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____     _____
                                Date                     Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( ____ miles @ $ . _____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>DAVID L DOWD | Case Number:  1022-CC01145 |
|---|---|
| Plaintiff/Petitioner:<br> NOOTER CORPORATION<br><br><br><br>                                                    vs. | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO  63101 · |
| Defendant/Respondent:<br> ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract |  (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  NORTH STAR REINSURANCE COMPANY
                                         Alias:

C/O DIRECTOR OF INSURANCE                                                    COLE COUNTY
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO  65101



**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____ .

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                                Date                                                Notary Public

**Sheriff's Fees, if applicable**
Summons        $_____
Non Est        $_____
Mileage        $_____ ( _____ miles @ $ . _____ per mile)
Total          $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document Id # 10-SMCC-2096**          1 of 1          Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

IN THE CIRCUIT COURT FOR 22ND CIRCUIT
CITY OF ST. LOUIS, MISSOURI

| | |
|---|---|
| NOOTER CORPORATION, | ) Case No.    1022-CC01145 |
|  | ) |
| Plaintiff | ) |
| v. | ) |
|  | ) DEMAND FOR JURY TRIAL |
| ALLIANZ UNDERWRITERS INSURANCE | ) |
| COMPANY, APPALACHIAN | ) |
| INSURANCE COMPANY, CONTINENTAL | ) |
| CASUALTY COMPANY, CERTAIN | ) |
| UNDERWRITERS AT LLOYD'S LONDON | ) |
| AND LONDON MARKET INSURANCE | ) |
| COMPANIES, EVANSTON INSURANCE | ) |
| COMPANY, MUNICH REINSURANCE | ) |
| AMERICA, INC. AS SUCCESSOR-IN- | ) |
| INTEREST TO AMERICAN RE- | ) |
| INSURANCE COMPANY, NATIONAL | ) |
| UNION FIRE INSURANCE COMPANY OF | ) |
| PITTSBURGH, PA, AND NORTH STAR | ) |
| REINSURANCE CORPORATION, | ) |
|  | ) |
| Defendants. | ) |

**FILED**
APR 2 6 2010
MARIANO V. FAVAZZA
CLERK, CIRCUIT COURT
BY ——————DEPUTY

**ENTERED**
APR 2 8 2010
**DWA**

## REQUEST FOR APPOINTMENT OF
## SPECIAL PROCESS SERVER

COMES NOW plaintiff Nooter Corporation, by its undersigned counsel, and requests this

Court to appoint **David Lawrence, 1633 Broadway, New York, New York 10019-6708,**

**telephone (212) 277-6500** as Special Process Server for the purpose of serving defendant:

Certain Underwriters at Lloyd's London and London Market Insurance Companies
c/o Mendes & Mount
750 Seventh Avenue
New York, New York 10019

Respectfully submitted,

LEWIS, RICE & FINGERSH, L.C.

Richard A. Wunderlich
Mo. Bar No. 27979
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101
(314) 444-7600 Telephone
(314) 612-1308 Facsimile
rwunderlich@lewisrice.com

and

Of Counsel
David L. Elkind, Esq.
John A. Gibbons, Esq.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403
(202) 420-2200

Attorneys for Plaintiff Nooter Corporation

SO ORDERED:

IN THE CIRCUIT COURT FOR 22ND CIRCUIT
CITY OF ST. LOUIS, MISSOURI

|  |  |
|---|---|
| NOOTER CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>ALLIANZ UNDERWRITERS INSURANCE COMPANY, APPALACHIAN INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S LONDON AND LONDON MARKET INSURANCE COMPANIES, EVANSTON INSURANCE COMPANY, MUNICH REINSURANCE AMERICA, INC. AS SUCCESSOR-IN-INTEREST TO AMERICAN RE-INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, AND NORTH STAR REINSURANCE CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1022-CC01145<br><br><br>DEMAND FOR JURY TRIAL<br><br><br>**FILED**<br>APR 2 6 2010<br><br>MARIANO V. FAVAZZA<br>CLERK, CIRCUIT COURT<br>BY _____ DEPUTY<br><br><br>**ENTERED**<br>APR 2 8 2010<br>**DWA** |

## REQUEST FOR ALIAS SUMMONS

COMES NOW plaintiff Nooter Corporation, by its undersigned counsel, and files

herewith a Notice of Rejection of Service provided by the Missouri Director of Insurance as to

service on defendant CERTAIN UNDERWRITERS AT LLOYD'S LONDON AND LONDON

MARKET INSURANCE COMPANIES.

Plaintiff requests this Court to issue an Alias Summons for service on such defendant as

follows:

**Certain Underwriters at Lloyd's London and London Market Insurance Companies**
**c/o Mendes & Mount**
**750 Seventh Avenue**
**New York, NY 10019**

A Request for Appointment of Special Process Server to effectuate service in New York is also

filed herewith.

Respectfully submitted,

LEWIS, RICE & FINGERSH, L.C.

Richard A. Wunderlich
Mo. Bar No. 27979
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101
(314) 444-7600 Telephone
(314) 612-1308 Facsimile
rwunderlich@lewisrice.com

and

Of Counsel
David L. Elkind, Esq.
John A. Gibbons, Esq.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403
(202) 420-2200

Attorneys for Plaintiff Nooter Corporation



Jeremiah W. (Jay) Nixon
Governor
State of Missouri

Department of Insurance
Financial Institutions
and Professional Registration
John M. Huff, Director

April 1, 2010

Richard A Wunderlich
600 Washington
Suite 2500
St Louis, MO  63101

## NOTICE OF REJECTION OF SERVICE

Please find enclosed the summons petition and any accompanying documents or other pleadings, which were recently received by the Department of Insurance, Financial Institution and Professional Registration. These pleadings are being returned to you because:

_____ Said material is not initial service of process and should be served directly upon the insurer. [20CSR 800-2.010 (7)].

_____ The Director can only serve Insurance Companies and Purchasing Groups.

XXX Name of the insurance company defendant in such pleading or documents is either incomplete or inaccurate, making proper service questionable. Therefore, you must advise the Court of the name of the specific company on which you want service.

_____ Service papers must be delivered by the sheriff, the United States Marshal's Office, a person over the age 18 who is not a party of the action, or if mailed, MUST have Acknowledgment of Service by Mail pursuant to **Supreme Court Rule 54-16.**

_____ Service is attempted upon a Missouri insurance company. The Director of Insurance is not authorized under Missouri statutes to accept service of process for Missouri insurance companies. Proper service may be obtained by personally serving the president of the company.

The Department will endeavor to effect service of process pursuant to stature when the above defects are cured and the corrected documents are served on us.

Sincerely,

Kimberly Landers
Legal Clerk

Enclosure: Nooter Corporation v. Certain Underwriters at Lloyds of London & Lon Market Ins Companies

   Circuit Court of City of St Louis, Case # 1022-CC01145

Cc: Circuit Court of City of St Louis



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>DAVID L DOWD | Case Number: 1022-CC01145 |
|---|---|
| Plaintiff/Petitioner:<br> NOOTER CORPORATION<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RICHARD A WUNDERLICH<br>600 WASHINGTON<br>SUITE 2500<br>SAINT LOUIS, MO  63101 |
| Defendant/Respondent:<br> ALLIANZ UNDERWRITERS INSURANCE COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:   CERTAIN UND AT LLOYDS LON AND LON MARKET INSURANCE COMPANIES
Alias:

C/O DIRECTOR OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO  65101

COLE COUNTY



*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 16, 2010
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server               Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                            Date                                              Notary Public

Sheriff's Fees, if applicable
Summons      $_____
Non Est       $_____
Mileage       $_____ ( _____ miles @ $ ._____ per mile)
Total           $_____
A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.