IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | | |
|---|---|---|
| NOOTER CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: |
| ALLIANZ UNDERWRITERS INSURANCE | ) | |
| COMPANY, APPALACHIAN INSURANCE | ) | |
| COMPANY, CONTINENTAL CASUALTY | ) | |
| COMPANY, CERTAIN UNDERWRITERS AT | ) | |
| LLOYDS, LONDON AND LONDON MARKET | ) | |
| INSURANCE COMPANIES, EVANSTON | ) | |
| INSURANCE COMPANY, MUNICH | ) | |
| REINSURANCE AMERICA, INC., as successor- | ) | |
| in-interest to AMERICAN REINSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA and NORTH | ) | |
| STAR REINSURANCE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CONSENT TO REMOVAL

Defendant Munich Reinsurance America, Inc. has been served with process in this matter. With full reservation of any and all defenses, objections and exceptions, this defendant, through its undersigned counsel, hereby consents to the subject removal.

By: _____

Maryann C. Hayes
Bates & Carey, LLP
191 North Wacker, Suite 2400
Chicago, IL 60606
(312) 762-3100 phone
(312) 762-3200 fax

Pro Hac Vice Motion Pending

By: _____

James C. Owen, 4105
McCarthy, Leonard & Kaemmerer, L.C.
400 S. Woods Mill Road, Suite 250
Chesterfield, MO 63017
(314) 392-5200 phone
(314) 392-5221 fax

Attorneys for Defendant
Munich Reinsurance America, Inc.



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | | |
|---|---|---|
| NOOTER CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| ALLIANZ UNDERWRITERS INSURANCE | ) | |
| COMPANY, APPALACHIAN INSURANCE | ) | |
| COMPANY, CONTINENTAL CASUALTY | ) | |
| COMPANY, CERTAIN UNDERWRITERS | ) | |
| AT LLOYDS, LONDON AND LONDON | ) | |
| MARKET INSURANCE COMPANIES, | ) | |
| EVANSTON INSURANCE COMPANY, | ) | |
| MUNICH REINSURANCE AMERICA, INC., | ) | |
| as successor-in-interest to AMERICAN | ) | |
| REINSURANCE COMPANY, NATIONAL | ) | |
| UNION FIRE INSURANCE COMPANY OF | ) | |
| PITTSBURGH, PA, and NORTH STAR | ) | |
| REINSURANCE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT TO REMOVAL

Defendant, Evanston Insurance Company, has been served with process in this matter.

With full reservation of any all defenses, objections and exceptions, this defendant, through its

undersigned counsel, hereby consents to the subject removal.

Respectfully submitted,

_Georgiann Oliver_

Georgiann Oliver    Bar Number: 31398
Attorney for Defendant Evanston Insurance
Company
Donovan, Rose, Nester & Joley, P.C.
8 East Washington Street
Belleville, Illinois 62220
Telephone: (618) 235-2020
Fax: 618-235-9632
E-mail: goliver@ilmoattorneys.com

Eric C. Young   Bar Number: 30777
Attorney for Defendant Evanston Insurance
Company
Donovan, Rose, Nester & Joley, P.C.
8 East Washington Street
Belleville, Illinois 62220
Telephone: (618) 235-2020
Fax: 618-235-9632
E-mail: eyoung@ilmoattorneys.com

Adam Krauss
(Admission Pro Hac Vice forthcoming)
Attorney for Defendant Evanston Insurance
Company
Traub Lieberman Straus & Shrewsberry  LLP
Mid-Westchester Executive Park
7 Skyline Drive
Hawthorne, NY 10532
Tel: 914-347-2600
Fax: 914-347-8898
E-mail: akrauss@traublieberman.com

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | |
|---|---|
| NOOTER CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No.: |
| | ) |
| ALLIANZ UNDERWRITERS INSURANCE | ) |
| COMPANY, APPALACHIAN INSURANCE | ) |
| COMPANY, CONTINENTAL CASUALTY | ) |
| COMPANY, CERTAIN UNDERWRITERS AT | ) |
| LLOYDS, LONDON AND LONDON MARKET | ) |
| INSURANCE COMPANIES, EVANSTON | ) |
| INSURANCE COMPANY, MUNICH | ) |
| REINSURANCE AMERICA, INC. as | ) |
| successor-in-interest to AMERICAN | ) |
| REINSURANCE COMPANY, NATIONAL | ) |
| UNION FIRE INSURANCE COMPANY OF | ) |
| PITTSBURGH, PA, and NORTH STAR | ) |
| REINSURANCE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### CONSENT TO REMOVAL

Defendant, National Union Fire Insurance Company of Pittsburgh, Pa, has been served with process in this matter. With full reservation of any and all defenses, objections and exceptions, this defendant, through its undersigned counsel, hereby consents to the subject removal.

_____
LORI R. KOCH #3584
GOFFSTEIN, RASKAS, POMERANTZ,
KRAUS & SHERMAN, LLC
7701 Clayton Road
St. Louis, Missouri 63117
(314) 721-7171
(314) 721-7765
lkoch@grlawstl.com
*Attorneys for Defendant National Union*
*Fire Insurance Company of Pittsburgh, Pa*

1

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | |
|---|---|
| NOOTER CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.: |
| | ) |
| ALLIANZ UNDERWRITERS INSURANCE | )  JURY TRIAL DEMANDED |
| COMPANY, APPALACHIAN INSURANCE | ) |
| COMPANY, CONTINENTAL CASUALTY | ) |
| COMPANY, CERTAIN UNDERWRITERS | ) |
| AT LLOYDS, LONDON AND LONDON | ) |
| MARKET INSURANCE COMPANIES, | ) |
| EVANSTON INSURANCE COMPANY, | ) |
| MUNICH REINSURANCE AMERICA, INC. | ) |
| As successor-in-interest to AMERICAN | ) |
| REINSURANCE COMPANY, NATIONAL | ) |
| UNION FIRE INSURANCE COMPANY OF | ) |
| PITTSBURGH, PA, and NORTH STAR | ) |
| REINSURANCE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## CONSENT TO REMOVAL

Defendant, North Star Reinsurance Corporation, has been served with process in this matter. With full reservation of any and all defenses, objections and exceptions, this defendant, through its undersigned counsel, hereby consents to the subject removal.

Respectfully submitted,

Robyn Greizfu Fox, No. 3132
rfox@moser.com
MOSER & MARSALEK, P.C.
200 North Broadway, Suite 700
St. Louis, Missouri 63102-2753
(314) 421-5364 ~ Fax: (314) 421-5640

and

Michael J. Balch (Motion for *pro hac vice* admission to be filed)
Michael.Balch@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
Four Times Square
New York, NY 10036
(212) 735-2208 (tel)
(917) 777-2208 (fax)

*Attorneys for Defendant*
*North Star Reinsurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Richard A. Wunderlich
Mo. Bar No. 27979
rwunderlich@lewisrice.com
Lewis, Rice & Fingersh, L.C.
600 Washington Avenue
Suite 2500
St. Louis, MO  63101

*and*

David L. Elkind
John A. Gibbons
elkindd@dicksteinshapiro.com
gibbonsj@dicksteinshapiro.com
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

*Attorneys for Plaintiff*
*Nooter Corporation*

Roderick T. Dunne
Alan Posner
dunne@karballaw.com
aposner@karballaw.com
Karbal, Cohen, Economou Silk & Dunne
LLC
200 S. Michigan Ave., 20th Floor
Chicago, IL 60604

*and*

Michael L. Young
michael.young@heplerbroom.com
HeplerBroom LLC
800 Market Street
Suite 2300
St. Louis, MO 63101

*Attorneys for Defendant*
*Allianz Underwriters Ins. Co.*

Seth B. Goldberg
sbgoldberg@fmew.com
Ford Marrin Esposito Witmeyer & Gleser,
L.L.P.
Wall Street Plaza,
New York, New York 10005-1875
*and*

Susan Schwartzkopf
Schwartzkopf@WuestlingandJames.com
Wuestling & James, L.C.
720 Olive St., Suite 2020
St. Louis, Missouri 63101

*Attorneys for Defendant*
*Appalachian Insurance Company*

2

Laura S. McKay
lmckay@hww-law.com
Hinkhouse Williams Walsh LLP
180 N. Stetson Street
Suite 3400
Chicago, Illinois 60601

*Attorneys for Defendant*
*Certain Underwriters at Lloyd's London*
*and London Market Insurance Companies*

Eileen K. Bower
eileen.bower@troutmansanders.com
Meredith N. Baron
meredith.baron@troutmansanders.com
Troutman Sanders LLP
55 W. Monroe Street, Suite 3000
Chicago, Illinois 60603-5758

*and*

Alan Goldstein
alan@gp-law.com
Goldstein and Price, L.C.
One Memorial Drive, Suite 1000
St. Louis, MO 63102

*Attorneys for Defendant*
*Continental Casualty Company*

Adam D. Krauss
akrauss@traublieberman.com
Traub Lieberman Straus & Shrewsberry
LLP
7 Skyline Drive
Hawthorne, New York 10532

*and*

Eric C. Young
eyoung@ilmoattorneys.com
Donovan, Rose, Nester & Joley, P.C.
8 East Washington Street
Belleville, IL 62220-2190

*Attorneys for Defendant*
*Evanston Insurance Company*

Maryann C. Hayes
mhayes@batescarey.com
Bates & Carey LLP
191 North Wacker
Chicago, IL 60606

*and*

James C. Owen
jowen@mlklaw.com
McCarthy, Leonard Kaemmerer, L.C.
400 S. Woods Mill Rd
Suite 250
Chesterfield, MO 63017

*Attorneys for Defendant*
*Munich Reinsurance America, Inc.*

Donald L. Uttrich
duttrich@jackscamp.com
Ngoc H. Lam
nlam@jackscamp.com
Jackson & Campbell, P.C.
1120 20th Street, N.W.
South Tower, Ste. 300
Washington, DC 20036-3437

*and*

Lori R. Koch
lkoch@grlawstl.com
Goffstein, Raskas, Pomerantz
Kraus & Sherman LLC
7701 Clayton Road
St. Louis, MO 63117

*Attorneys for Defendant*
*National Union Fire Insurance*
*Company of Pittsburgh*

3

Robyn Greitzu Fox, No. 3132
Moser & Marsalek, P.C.

4