## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | |
|---|---|
| NOOTER CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:10-CV-00744-TIA |
| | ) |
| ALLIANZ UNDERWRITERS INSURANCE COMPANY, APPALACHIAN INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, CERTAIN UNDERWRITERS AT LLOYDS, LONDON AND LONDON MARKET INSURANCE COMPANIES, EVANSTON INSURANCE COMPANY, MUNICH REINSURANCE AMERICA, INC. as successor-in-interest to AMERICAN REINSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and NORTH STAR REINSURANCE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### CONSENT ORDER AND STIPULATION
### TO REMAND ACTION TO STATE COURT

Plaintiff, by and through its counsel of record, and Defendants, by and through their respective counsel of record, stipulate as follows:

WHEREAS, on March 10, 2010, Plaintiff Nooter Corporation ("Plaintiff") filed a complaint against various defendants in Circuit Court for the 22nd Circuit, City of St. Louis, Missouri (Case No. 1022-CC01145);

WHEREAS, on April 28, 2010, Defendants Allianz Underwriters Insurance Company, Munich Reinsurance America, Inc., as successor to American Re-Insurance Company, Evanston Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and North Star Reinsurance Corporation, with the consent of certain London Market Insurance Companies,

1

Case: 4:10-cv-00744-TIA   Doc. #:  83   Filed: 06/14/10   Page: 2 of 5 PageID #: 707

Certain Underwriters at Lloyd's, London, Appalachian Insurance Company, and Continental Casualty Company, removed the action to this Court based upon diversity jurisdiction;

WHEREAS, following removal of the action to this Court, Continental Casualty Company moved to stay the litigation against it;

WHEREAS, on May 14, 2010, Plaintiff filed a motion to remand, asking this Court to remand the action to state court, with costs awarded to Plaintiff;

WHEREAS, the interested parties have engaged in discussions and reached a resolution regarding Plaintiff's pending motion to remand;

WHEREAS, Continental Casualty, without prejudice to or waiver of the arguments in its pending motion to stay, consented to remand at the request of the other defendants;

WHEREAS, the parties have reached the following resolution and hereby stipulate as follows:

1. Defendants agree and consent to the remand of this case to the Circuit Court for the 22nd Circuit, City of St. Louis, Missouri;

2. Both Plaintiff and Defendants agree to bear their own costs and waive any rights to costs or attorneys' fees arising out of Plaintiff's Motion to Remand.

IT IS SO ORDERED

_____
The Honorable Terry I. Adelman
United States Magistrate Judge

IT IS SO STIPULATED.

| | |
|---|---|
| **By:      /s/ John A. Gibbons**(*with consent*)<br>Of Counsel:<br>David L. Elkind, Esq. (*pro hac vice*)<br>John A. Gibbons, Esq. (*pro hac vice*)<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street, N.W.<br>Washington, D.C. 20006-5403<br>(202) 420-2200<br><br>and<br><br>Barry A. Short, Esq., #4358<br>bshort@lewisrice.com<br>Richard A. Wunderlich, Esq., #4756<br>rwunderlich@lewisrice.com<br>LEWIS, RICE & FINGERSH, L.C.<br>600 Washington, Suite 2500<br>St. Louis, Missouri 63101<br>(314) 444-1308<br><br>Attorneys for Plaintiff<br>Nooter Corporation | **By:      /s/ Seth B. Goldberg** (*with consent*)<br>Seth B. Goldberg<br>sbgoldberg@fmew.com<br>Ford Marrin Esposito Witmeyer & Gleser, L.L.P.<br>Wall Street Plaza<br>New York, New York 10005-1875<br><br>and<br><br>Susan Schwartzkopf<br>Schwartzkopf@WuestlingandJames.com<br>Wuestling & James, L.C.<br>720 Olive St., Suite 2020<br>St. Louis, MO 63101<br><br>Attorneys for Defendant<br>Appalachian Insurance Company |
| **By:      /s/  Michael L. Young** (*with consent*)<br>Michael L. Young<br>Michael.young@heplerbroom.com<br>HeplerBroom LLC<br>800 Market Street<br>Suite 2300<br>St. Louis, MO 63101<br><br>and<br><br>Roderick T. Dunne<br>dunne@karballaw.com<br>Alan Posner<br>aposner@karballaw.com<br>Karbal, Cohen, Economou Silk & Dunne LLC<br>200 S. Michigan Ave., 20th Floor<br>Chicago, IL 60604<br><br>Attorneys for Defendant<br>Allianz Underwriters Ins. Co. | **By:      /s/  Maryann C. Hayes** (*with consent*)<br>Maryann C. Hayes<br>mhayes@batescarey.com<br>Bates & Carey LLP<br>191 North Wacker<br>Chicago, IL 60606<br><br>and<br><br>James C. Owen<br>jowen@mlklaw.com<br>McCarthy, Leonard Kaemmerer, L.C.<br>400 S. Woods Mill Rd.<br>Suite 250<br>Chesterfield, MO 63017<br><br>Attorneys for Defendant<br>Munich Reinsurance America, Inc. |

| | |
|---|---|
| **By:       /s/ Robyn Greifzu Fox (*with consent*)**<br>Robyn Greifzu Fox<br>rfox@moser.com<br>Moser & Marsalek, P.C.<br>200 North Broadway<br>Suite 700<br>St. Louis, MO 63102<br><br>Attorneys for Defendants<br>Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies | **By:       /s/  Donald L. Uttrich (*with consent*)**<br>Donald L. Uttrich<br>duttich@jackscamp.com<br>Ngoc H. Lam<br>nlam@jackscamp.com<br>Jackson & Campbell, P.C.<br>1120 20th Street, N.W.<br>South Tower, Suite 300<br>Washington, DC 20036-3437<br><br>and<br><br>Lori R. Koch<br>lkoch@grlawstl.com<br>Geoffstein, Raskas, Pomerantz Kraus & Sherman LLC<br>7701 Clayton Road<br>St. Louis, MO 63117<br><br>Attorneys for Defendant<br>National Union Fire Insurance Company of Pittsburgh |
| **By:       /s/ Georgiann Oliver (*with consent*)**<br>Georgiann Oliver<br>goliver@ilmoattorneys.com<br>Eric C. Young<br>eyoung@ilmoattorneys.com<br>Donovan, Rose, Nester & Joley, P.C.<br>8 East Washington Street<br>Belleville, IL 62220<br><br>and<br><br>Adam D. Krauss<br>akrauss@traublieberman.com<br>Traub Lieberman Straus & Shrewsberry LLP<br>7 Skyline Drive<br>Hawthorne, New York 10532<br><br><br>Attorneys for Defendant<br>Evanston Insurance Company | **By:       /s/ Alan Goldstein (*with consent*)**<br>Alan Goldstein<br>alan@gp-law.com<br>Goldstein and Price, L.C.<br>One Memorial Drive, Suite 1000<br>St. Louis, MO 63102<br><br>and<br><br>Eileen K. Bower<br>Eileen.bower@troutmansanders.com<br>Meredith N. Baron<br>Meredith.baron@troutmansanders.com<br>Troutman Sanders LLP<br>55 W. Monroe Street, Suite 3000<br>Chicago, IL 60603<br><br>Attorneys for Defendant<br>Continental Casualty Company |

By: _____/s/  **Michael J. Balch** (*with consent*)
Michael J. Balch
<Michael.Balch@skadden.com>
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

and

Robyn Greifzu Fox
<rfox@moser.com>
Moser & Marsalek, P.C.
200 North Broadway
Suite 700
St. Louis, MO 63102

Attorneys for Defendant
North Star Reinsurance Corporation